J. Andrew Coombs (SBN 123881)
andy@coombspc.com
Nicole L. Drey (SBN 250235)
nicole@coombspc.com
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Ave., Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

Attorneys for Plaintiffs Sanrio, Inc.
and Disney Enterprises, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Sanrio, Inc. and DC Comics,<br><br>           Plaintiffs,<br><br>       v.<br><br>J.T. Saniya Inc. a/k/a J.T. International; H.M. Distributors Inc.; Yasin Jumani and Does 1 – 10, inclusive,<br><br>           Defendants. | Case No. CV 12-00669 ODW(PJWx)<br><br>REQUEST FOR ENTRY OF DEFAULT; DECLARATION IN SUPPORT THEREOF |
|---|---|

Plaintiffs Sanrio, Inc. and Disney Enterprises, Inc. (collectively "Plaintiffs") hereby request that the Clerk of the above-entitled Court enter default in this matter against Defendants J.T. Saniya Inc. a/k/a J.T. International ("JTS"), H.M. Distributors Inc. ("HMD") and Yasin Jumani ("Jumani") (collectively "Defendants") on the grounds that Defendants have failed to appear or otherwise respond to the Complaint in this action within the time proscribed by the Federal Rules of Civil Procedure.

Defendants were served with summons and complaint on or about February 6, 2012.

Proofs of service on Defendants were previously filed with the Court on or about June 25, 2012.

Sanrio, et al. v. JT Saniya, et al.: Request for Entry of Default         - 1 -

The above stated facts are set forth in the accompanying declaration of Nicole L. Drey, filed herewith.

DATED: July 2, 2012            J. Andrew Coombs, A Professional Corp.


By: /s/ Nicole L. Drey
    J. Andrew Coombs
    Nicole L. Drey
Attorneys for Plaintiffs Sanrio, Inc. and Disney Enterprises, Inc.

## DECLARATION OF NICOLE L. DREY

I, NICOLE L. DREY, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of California and the United States District Court for the Central District of California. I am an attorney for Plaintiffs Sanrio, Inc. and Disney Enterprises, Inc. (collectively "Plaintiffs"), in an action styled Sanrio, Inc., et al. v. J.T. Saniya, Inc., et al., case number CV12-00669 ODW (PJWx). I make this Declaration in support of Plaintiffs' request that the Court Clerk enter default in this matter against Defendants J.T. Saniya Inc. a/k/a J.T. International, H.M. Distributors Inc. and Yasin Jumani (collectively "Defendants"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. I am informed and believe that, on or about February 6, 2012, Defendants were served with Summons and Complaint.

3. I am informed and believe that, on or about February 8, 2012, Defendant Jumani first contacted my office in response to receipt of Plaintiffs' Summons and Complaint. The Parties then discussed resolution of this matter.

4. I am informed and believe that, on or about February 21, 2012, counsel for Defendants then contacted my office. Thereafter, I discussed with counsel the disclosures necessary to engage in meaningful settlement negotiations, but to date, Defendants have failed to provide said disclosures, despite several follow-up attempts.

5. On or about June 22, 2012, I am informed and believe that my office sent to Defendants letters regarding the filing of this Request for Entry of Default. True and correct copies of the letters are attached hereto as Exhibit A.

6. I am further informed and believe that, on or about June 27, 2012, my office served on Defendants, as well as a courtesy copy to counsel, a Notice of the

Court's Order to Show Cause requiring the filing of this Request for Entry of Default.

7. I am informed and believe that, on or about June 25, 2012, the Proofs of Service of Summons were filed with the Court.

8. I am unaware of any answer that has been accepted by the Court and have confirmed this on PACER on July 2, 2012. I am informed and believe that there has been no response to the Complaint from Defendants.

I declare under penalty of perjury that the foregoing is true and correct under the laws of the United States of America.

Executed this 2nd day of July, 2012, at Glendale, California.

                                               /s/ Nicole L. Drey
                                                 NICOLE L. DREY

EXHIBIT A

LAW OFFICES
# J. ANDREW COOMBS
A PROFESSIONAL CORPORATION
517 EAST WILSON AVENUE, SUITE 202
GLENDALE, CALIFORNIA 91206-5902
TELEPHONE (818) 500-3200
FACSIMILE (818) 500-3201

June 22, 2012

**Via First Class Mail,
Email and Facsimile**
*ftb@rexlawllp.com*

Firasat Tar-Bakali
Rex Law LLP
700 South Flower Street
Suite 2116
Los Angeles, California 90017
Fax: (213) 232-3899

Re: **Sanrio, Inc., et al. v. J.T. Saniya, Inc., et al.**
Case No. CV12-00669 ODW (PJWx)

Dear Ms. Tar-Bakali,

Our records indicate that your clients, J.T. Saniya Inc. a/k/a J.T. International, H.M. Distributors Inc. and Yasin Jumani (collectively "Defendants"), were served on or about February 6, 2012.

While we originally granted you an extension of time to file an answer, the deadline for any extension has passed. Moreover, I have been attempting to contact you regarding the supplemental information you noted in your email of March 27, 2012, to no avail. Furthermore, we have yet to receive your client's accounting of the sales of the infringing product at issue.

Accordingly, the Defendants are currently in technical default, and should we not receive a conformed Answer to the Complaint immediately we will have no choice but to move forward with a Request for Entry of Default against your clients.

This letter is not a complete statement of Plaintiffs' rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies or defenses in connection with this matter, all of which are expressly reserved. This

EXHIBIT A

Firasat Tar-Bakali
June 22, 2012
Page 2 of 2

course of action also does not impact Plaintiffs' interest in attempting to resolve the matter amicably.

Very truly yours,

J. Andrew Coombs,
A Professional Corporation

*Nicole L. Drey /kb*

By: Nicole L. Drey
Counsel for Plaintiffs Sanrio, Inc.
and DC Comics

NLD:kb

EXHIBIT A

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 East Wilson Avenue, Suite 202, Glendale, California 91206.

On July 2, 2012, I served on the interested parties in this action with:

REQUEST FOR ENTRY OF DEFAULT; DECLARATION IN SUPPORT THEREOF

in support for the following civil action:

<u>Sanrio, Inc., et al. v. J.T. Saniya, Inc., et al.</u>

by placing a true copy thereof in an envelope to be immediately sealed thereafter. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| H.M. Distributors, Inc.<br>417 S. San Pedro St.<br>Los Angeles, CA 90013 | Yasin Jumani<br>417 S. San Pedro St.<br>Los Angeles, CA 90013 |
|---|---|
| J.T. Saniya, Inc. a/k/a J.T. International<br>417 S. San Pedro St.<br>Los Angeles, CA 90013 | *Courtesy Copy to*:<br>Firasat Tar-Bakali<br>Rex Law LLP<br>700 South Flower Street<br>Suite 2116<br>Los Angeles, California 90017 |

Place of Mailing: Glendale, California
Executed on July 2, 2012, at Glendale, California

_Katrina Bartolome_
Katrina Bartolome