1  S. Calvin Myung, Esq. (SBN 216853)
   Law Offices of S. Calvin Myung
2  3600 Wilshire Boulevard, Suite 1818
   Los Angeles, California 90010
3  Telephone (213) 382-3600
   Facsimile  (213) 382-3636
4  Email: scalvinmyung@sbcglobal.net

5  Attorneys for Defendants,
   J.T. SANIYA, INC.; H.M. DISTRIBUTORS, INC.
6  and YASIN JUMANI

7                    UNITED STATES DISTRICT COURT

8                   CENTRAL DISTRICT OF CALIFORNIA

9

10  SANRIO, INC. and DC COMICS,            )   Case No. CV12-0669 ODW (PJWx)
                                           )
11                 Plaintiff,              )
                                           )   **ANSWER TO COMPLAINT BY**
12      vs.                                )   **DEFENDANT H.M. DISTRIBUTORS, INC.**
                                           )
13  J.T. SANIYA, INC. a/k/a/ J.T. INTERNATIONAL; )
    H.M. DISTRIBUTORS, INC.; YASIN JUMANI and  )
14  DOES 1-10, inclusive,                  )
                                           )
15                                         )
                   Defendants.             )
16                                         )
                                           )
17  _____ )

18

19      Defendant, H.M. DISTRIBUTORS, INC., answers the Complaint as follows:

20

21      1.      Defendant lacks knowledge or information sufficient to form a belief as to the truth

22  of the allegations contained in paragraph 1, and on that basis denies such allegations.

23

24      2.      Defendant lacks knowledge or information sufficient to form a belief as to the truth

25  of the allegations contained in paragraph 2, and on that basis denies such allegations.

26

27      3.      Defendant lacks knowledge or information sufficient to form a belief as to the truth

28  of the allegations contained in paragraph 3, and on that basis denies such allegations.

SCM1040.1/120713ANSWER-HM.pc2          - 1 -        **ANSWER TO COMP BY HM DIST.**

1        4.      Defendant lacks knowledge or information sufficient to form a belief as to the truth

2    of the allegations contained in paragraph 4, and on that basis denies such allegations.

3

4        5.      Defendant lacks knowledge or information sufficient to form a belief as to the truth

5    of the allegations contained in paragraph 5, and on that basis denies such allegations.

6

7        6.      Defendant lacks knowledge or information sufficient to form a belief as to the truth

8    of the allegations contained in paragraph 6, and on that basis denies such allegations.

9

10        7.      Defendant lacks knowledge or information sufficient to form a belief as to the truth

11    of the allegations contained in paragraph 7, and on that basis denies such allegations.

12

13        8.      Defendant lacks knowledge or information sufficient to form a belief as to the truth

14    of the allegations contained in paragraph 8, and on that basis denies such allegations.

15

16        9.      Defendant lacks knowledge or information sufficient to form a belief as to the truth

17    of the allegations contained in paragraph 9, and on that basis denies such allegations.

18

19        10.      Defendant lacks knowledge or information sufficient to form a belief as to the truth

20    of the allegations contained in paragraph 10, and on that basis denies such allegations.

21

22        11.      Defendant lacks knowledge or information sufficient to form a belief as to the truth

23    of the allegations contained in paragraph 11, and on that basis denies such allegations.

24

25        12.      Defendant lacks knowledge or information sufficient to form a belief as to the truth

26    of the allegations contained in paragraph 12, and on that basis denies such allegations.

27

28        13.      Defendant lacks knowledge or information sufficient to form a belief as to the truth

1 | of the allegations contained in paragraph 13, and on that basis denies such allegations.

2

3 | 14. Defendant lacks knowledge or information sufficient to form a belief as to the truth

4 | of the allegations contained in paragraph 14, and on that basis denies such allegations.

5

6 | 15. Defendant lacks knowledge or information sufficient to form a belief as to the truth

7 | of the allegations contained in paragraph 15, and on that basis denies such allegations.

8

9 | 16. Defendant lacks knowledge or information sufficient to form a belief as to the truth

10 | of the allegations contained in paragraph 16, and on that basis denies such allegations.

11

12 | 17. Defendant lacks knowledge or information sufficient to form a belief as to the truth

13 | of the allegations contained in paragraph 17, and on that basis denies such allegations.

14

15 | 18. Defendant lacks knowledge or information sufficient to form a belief as to the truth

16 | of the allegations contained in paragraph 18, and on that basis denies such allegations.

17

18 | 19. Defendant lacks knowledge or information sufficient to form a belief as to the

19 | truth of the allegations contained in paragraph 19, and on that basis denies such allegations.

20

21 | 20. Defendant lacks knowledge or information sufficient to form a belief as to the truth

22 | of the allegations contained in paragraph 20, and on that basis denies such allegations.

23

24 | 21. Defendant lacks knowledge or information sufficient to form a belief as to the truth

25 | of the allegations contained in paragraph 21, and on that basis denies such allegations.

26

27 | 22. Defendant lacks knowledge or information sufficient to form a belief as to the truth

28 | of the allegations contained in paragraph 22, and on that basis denies such allegations.

1    23.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

2    of the allegations contained in paragraph 23, and on that basis denies such allegations.

3

4    24.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

5    of the allegations contained in paragraph 24, and on that basis denies such allegations.

6

7    25.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

8    of the allegations contained in paragraph 25, and on that basis denies such allegations.

9

10   26.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

11   of the allegations contained in paragraph 26, and on that basis denies such allegations.

12

13   27.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

14   of the allegations contained in paragraph 27, and on that basis denies such allegations.

15

16   28.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

17   of the allegations contained in paragraph 28, and on that basis denies such allegations.

18

19   29.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

20   of the allegations contained in paragraph 29, and on that basis denies such allegations.

21

22   30.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

23   of allegations contained in paragraph 30, and on that basis denies such allegations.

24

25   31.    Defendant admits the allegation that H.M. Distributors, Inc. is a California

26   corporation with its principal place of business in the city of Los Angeles, California.  Further,

27   Defendant lacks knowledge or information sufficient to form a belief as to the truth of other

28   allegations contained in paragraph 31, and on that basis denies such allegations.

1    32.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

2    of the allegations contained in paragraph 32, and on that basis denies such allegations.

3

4    33.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

5    of the allegations contained in paragraph 33, and on that basis denies such allegations.

6

7    34.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

8    of the allegations contained in paragraph 34, and on that basis denies such allegations.

9

10   35.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

11   of the allegations contained in paragraph 35, and on that basis denies such allegations.

12

13   36.    In response to paragraph 36, Defendant refers to and incorporates herein by

14   reference the responses to paragraph 1 through 35 above.

15

16   37.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

17   of the allegations contained in paragraph 37, and on that basis denies such allegations.

18

19   38.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

20   of the allegations contained in paragraph 38, and on that basis denies such allegations.

21

22   39.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

23   of the allegations contained in paragraph 39, and on that basis denies such allegations.

24

25   40.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

26   of the allegations contained in paragraph 40, and on that basis denies such allegations.

27

28   41.    In response to paragraph 41, Defendant refers to and incorporates herein by

1 │ reference the responses to paragraph 1 through 40 above.

2

3 │     42.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

4 │ of the allegations contained in paragraph 42, and on that basis denies such allegations.

5

6 │     43.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

7 │ of the allegations contained in paragraph 43, and on that basis denies such allegations.

8

9 │     44.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

10 │ of the allegations contained in paragraph 44, and on that basis denies such allegations.

11

12 │     45.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

13 │ of the allegations contained in paragraph 45, and on that basis denies such allegations.

14

15 │     46.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

16 │ of the allegations contained in paragraph 46, and on that basis denies such allegations.

17

18 │     47.    In response to paragraph 47, Defendant refers to and incorporates herein by

19 │ reference the responses to paragraph 1 through 46 above.

20

21 │     48.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

22 │ of the allegations contained in paragraph 48, and on that basis denies such allegations.

23

24 │     49.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

25 │ of the allegations contained in paragraph 49, and on that basis denies such allegations.

26

27 │     50.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

28 │ of the allegations contained in paragraph 50, and on that basis denies such allegations.

SCM1040.1/120713ANSWER-HM.pc2     - 6 -    **ANSWER TO COMP BY HM DIST.**

1    51.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

2    of the allegations contained in paragraph 51, and on that basis denies such allegations.

3

4    52.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

5    of the allegations contained in paragraph 52, and on that basis denies such allegations.

6

7    53.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

8    of the allegations contained in paragraph 53, and on that basis denies such allegations.

9

10    54.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

11    of the allegations contained in paragraph 54, and on that basis denies such allegations.

12

13    55.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

14    of the allegations contained in paragraph 55, and on that basis denies such allegations.

15

16    56.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

17    of the allegations contained in paragraph 56, and on that basis denies such allegations.

18

19    57.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

20    of the allegations contained in paragraph 57, and on that basis denies such allegations.

21

22    58.    In response to paragraph 58, Defendant refers to and incorporates herein by

23    reference the responses to paragraph 1 through 57 above.

24

25    59.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

26    of the allegations contained in paragraph 59, and on that basis denies such allegations.

27

28    60.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

1   of the allegations contained in paragraph 60, and on that basis denies such allegations.

2

3       61.     Defendant lacks knowledge or information sufficient to form a belief as to the truth

4   of the allegations contained in paragraph 61, and on that basis denies such allegations.

5

6       62.     Defendant lacks knowledge or information sufficient to form a belief as to the truth

7   of the allegations contained in paragraph 62, and on that basis denies such allegations.

8

9       63.     Defendant lacks knowledge or information sufficient to form a belief as to the truth

10  of the allegations contained in paragraph 63, and on that basis denies such allegations.

11

12      64.     Defendant lacks knowledge or information sufficient to form a belief as to the truth

13  of the allegations contained in paragraph 64, and on that basis denies such allegations.

14

15      65.     Defendant lacks knowledge or information sufficient to form a belief as to the truth

16  of the allegations contained in paragraph 65, and on that basis denies such allegations.

17

18      66.     Defendant lacks knowledge or information sufficient to form a belief as to the truth

19  of the allegations contained in paragraph 66, and on that basis denies such allegations.

20

21      67.     In response to paragraph 67, Defendant refers to and incorporates herein by

22  reference the responses to paragraph 1 through 66 above.

23

24      68.     Defendant lacks knowledge or information sufficient to form a belief as to the truth

25  of the allegations contained in paragraph 68, and on that basis denies such allegations.

26

27      69.     Defendant lacks knowledge or information sufficient to form a belief as to the truth

28  of the allegations contained in paragraph 69, and on that basis denies such allegations.

70.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 70, and on that basis denies such allegations.

71.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 71, and on that basis denies such allegations.

72.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 72, and on that basis denies such allegations.

73.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 73, and on that basis denies such allegations.

74.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 74, and on that basis denies such allegations.

75.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 75, and on that basis denies such allegations.

76.    In response to paragraph 76, Defendant refers to and incorporates herein by reference the responses to paragraph 1 through 75 above.

77.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 77, and on that basis denies such allegations.

78.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 78, and on that basis denies such allegations.

///

///

**FIRST AFFIRMATIVE DEFENSE**

79.     As a first affirmative defense, Defendant alleges that the Complaint fails to state a claim for which relief can be granted.

**SECOND AFFIRMATIVE DEFENSE**

80.     As a second affirmative defense, Defendant alleges that it did not have notice of any copyright or copyright claim with respect to the alleged design.

**THIRD AFFIRMATIVE DEFENSE**

81.     As a third affirmative defense, Defendant alleges that Plaintiff is not entitled to statutory damages or attorney's fees under because Plaintiff did not register its claims of copyright prior to Defendant's alleged infringements or within three months after first publication

**FOURTH AFFIRMATIVE DEFENSE**

82.     As a fourth affirmative defense, Defendant alleges that Plaintiff has suffered no damages and/or has failed to mitigate its damages, if any.

**FIFTH AFFIRMATIVE DEFENSE**

83.     As a fifth affirmative defense, Defendant alleges that at all times, Defendant acted in a commercially reasonable and lawful manner.

///

///

///

## SIXTH AFFIRMATIVE DEFENSE

84.     As a sixth affirmative defense, Defendant alleges that Plaintiff's claims fail, in whole or in part, because the features of Plaintiff's products and/or the alleged design neither identifies nor distinguishes Plaintiff's goods or services.

## SEVENTH AFFIRMATIVE DEFENSE

85.     As a seventh affirmative defense, Defendant alleges that Plaintiff failed to protect and/or enforce its alleged rights.

## EIGHTH AFFIRMATIVE DEFENSE

86.     ·As an eighth affirmative defense, Defendant alleges that Plaintiff's claims are barred, in whole or in part, by prior use and/or registration.

## NINTH AFFIRMATIVE DEFENSE

87.     As a ninth affirmative defense, Defendant alleges that Plaintiff's claims are barred, in whole or in part, because there is no likelihood of confusion in the marketplace.

## TENTH AFFIRMATIVE DEFENSE

88.     As a tenth affirmative defense, Defendant alleges that Defendant's actions are not likely to cause injury to Plaintiff's business, reputation or dilution of the distinctive quality, if any, of Plaintiff's goods.

///

///

## ELEVENTH AFFIRMATIVE DEFENSE

89.     As an eleventh affirmative defense, Defendant alleges that Plaintiff has suffered no harm and/or irreparable harm.

## TWELFTH THIRD AFFIRMATIVE DEFENSE

90.     As a twelfth affirmative defense, Defendant alleges that Defendant made no false or misleading statements or representations of fact regarding its products.

## THIRTEENTH AFFIRMATIVE DEFENSE

91.     As a thirteenth affirmative defense, Defendant alleges that Defendant has not engaged in any deceptive conduct.

## FOURTEENTH AFFIRMATIVE DEFENSE

92.     As a fourteenth affirmative defense, Defendant alleges that Plaintiff's copyright, if any, is invalid.

## FIFTEENTH AFFIRMATIVE DEFENSE

93.     As a fifteenth affirmative defense, Defendant alleges that Plaintiff's copyright registration, if any, is invalid.

## SIXTEENTH AFFIRMATIVE DEFENSE

94.     As a sixteenth affirmative defense, Defendant alleges that Plaintiff's copyright

1   infringement claims fail because the alleged infringement design is not substantially similar to the

2   alleged copyrighted design.

3

4                           **SEVENTEENTH AFFIRMATIVE DEFENSE**

5

6       95.      As a seventeenth affirmative defense, Defendant alleges that the alleged damages

7   sustained by Plaintiff, if any, are the proximate result of the acts and/or omissions of parties over

8   which Defendant exercised no control.

9

10                          **EIGHTEENTH AFFIRMATIVE DEFENSE**

11

12      96.      As an eighteenth affirmative defense, Defendant alleges that Plaintiff's claims are

13  barred in whole or in part by the statute of limitations set forth in 17 U.S.C. Section 507(b).

14

15      WHEREFORE, Defendant prays for judgment as follows:

16

17      a.      That Plaintiff take nothing by its Complaint;

18

19      b.      For reasonable attorney's fees and costs of suit incurred herein; and

20

21      c.      For such other and further relief as the Court may deem just and proper.

22

23
    Dated: July 13, 2012                          LAW OFFICES OF S. CALVIN MYUNG
24

25                                                By: /s/ S. Calvin Myung
                                                  S. CALVIN MYUNG
26                                                Attorney for Defendants
                                                  J.T. SANIYA, INC.; H.M. DISTRIBUTORS, INC.
27                                                and YASIN JUMANI

28