S. Calvin Myung, Esq. (SBN 216853)
Law Offices of S. Calvin Myung
3600 Wilshire Boulevard, Suite 1818
Los Angeles, California 90010
Telephone (213) 382-3600
Facsimile  (213) 382-3636
Email: scalvinmyung@sbcglobal.net

Attorneys for Defendants,
J.T. SANIYA, INC.; H.M. DISTRIBUTORS, INC.
and YASIN JUMANI

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANRIO, INC. and DC COMICS,<br><br>Plaintiff,<br><br>vs.<br><br>J.T. SANIYA, INC. a/k/a/ J.T. INTERNATIONAL; H.M. DISTRIBUTORS, INC.; YASIN JUMANI and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV12-0669 ODW (PJWx)<br><br>**NOTICE OF INTERESTED PARTIES BY DEFENDANT H.M. DISTRIBUTORS, INC.** |

The undersigned counsel of record for Defendant, H.M. Distributors, Inc., certifies that the following listed party has a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. H.M. Distributors, Inc.

Dated: July 13, 2012

LAW OFFICES OF S. CALVIN MYUNG

By: /s/ S. Calvin Myung
S. CALVIN MYUNG
Attorney for Defendants
J.T. SANIYA, INC.; H.M. DISTRIBUTORS, INC.
and YASIN JUMANI