```
J. Andrew Coombs (SBN 123881)
andy@coombspc.com
Nicole L. Drey (SBN 250235)
nicole@coombspc.com
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Ave., Suite 202
Glendale, California 91206
Telephone:  (818) 500-3200
Facsimile:  (818) 500-3201

Attorneys for Plaintiffs Sanrio, Inc. and
DC Comics

S. Calvin Myung, Esq. (SBN 216853)
scalvinmyung@sbcglobal.net
Law Offices of S. Calvin Myung
3600 Wilshire Boulevard, Suite 1818
Los Angeles, California 90010
Telephone:  (213) 382-3600
Facsimile:  (213) 382-3636

Attorney for Defendants J.T. Saniya Inc.
a/k/a J.T. International; H.M. Distributors,
Inc.; and Yasin Jumani
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sanrio, Inc. and DC Comics, <br><br> Plaintiffs, <br><br> v. <br><br> J.T. Saniya Inc. a/k/a J.T. International; H.M. Distributors Inc.; Yasin Jumani; and Does 1-10, inclusive, <br><br> Defendants. | Case No. CV12-669 ODW (PJWx) <br><br> JOINT REPORT OF RULE 26 MEETING <br><br> Scheduling Conference <br><br> Date:   September 24, 2012 <br> Time:   1:30 p.m. <br> Court:  Hon. Otis D. Wright II |

**TO ALL PARTIES AND TO THE COURT:**

Plaintiffs Sanrio, Inc. and DC Comics (collectively "Plaintiffs"), by and through their counsel of record, Nicole L. Drey, of J. Andrew Coombs, A P.C., and Defendants J.T. Saniya Inc. a/k/a J.T. International; H.M. Distributors Inc.; and Yasin Jumani (collectively "Defendants"), by and through their counsel of record, S.

Calvin Myung, of the Law Offices of S. Calvin Myung, respectfully submit the following Joint Report of the Parties' Planning Meeting.

In accordance with Rule 26(f) of the Federal Rules of Civil Procedure and the Court's Order Setting Scheduling Conference, counsel for Plaintiff and Defendant held a telephonic planning meeting on August 28, 2012.

**JOINT RULE 26(F) REPORT:**

      A.      <u>Synopsis of the Case, Claims and Defenses</u>.

Plaintiffs seek money damages and injunctive relief against Defendants for infringing Plaintiffs' copyrights and trademarks. In particular, Plaintiffs allege that Defendants were responsible for actively selling, offering for sale, importing, renting, distributing, and/or manufacturing unlicensed and counterfeit merchandise, including pipes, smoking accessories, and other merchandise, which incorporate unauthorized likenesses of the animated characters or other logos owned by Plaintiffs.

Defendants deny and dispute Plaintiff's allegations.

      B.      <u>Synopsis of Principal Legal Issues in the Case</u>.

Plaintiffs identify Defendants' willfulness and the extent of Defendants' profits as the principal issues in the case.

      C.      <u>Additional Parties or Amendment of Pleadings</u>.

Plaintiffs do not, at this time, contemplate the amendment of pleadings for any reason, including the addition of new parties, but acknowledge that information disclosed in discovery may make addition of new defendants prudent and a more efficient use of the Court's resources.

      D.      <u>Contemplated Law and Motion</u>.

Plaintiffs believe a motion for summary judgment as to liability may be appropriate.

   E.   <u>Settlement Discussions</u>.

The Parties have engaged in limited settlement discussions but have not yet reached any agreement. Both Parties are willing to continue settlement discussions and are optimistic about the chances for settlement.

   F.   <u>Discovery and Experts</u>.

The Parties propose to exchange disclosures under Fed. R. Civ. P. 26(a) on or before the date of the scheduling conference. Further, the Parties do not propose conducting discovery in phases or otherwise limiting discovery.

Plaintiffs anticipate serving Requests for Admission, Interrogatories, and Requests for Production imminently but have not yet done so and thus response dates are unknown at this time. Plaintiffs also anticipate that they will conduct two to three depositions, yet to be scheduled. Plaintiffs do not anticipate using expert witnesses at this time but reserve their right to so designate at a later time.

Defendants anticipate an initial round of written discovery comprised of Interrogatories and Request for Production of Documents to be propounded by the end of September 2012, with responses due, allowing for a courtesy extension if necessary, by the middle of November 2012. Follow-up written discovery and conferring over and otherwise resolving any discovery disputes should be completed by mid-December 2012. Defendants anticipate that they will depose Plaintiff and that said deposition shall take place after an initial round of written discovery. Defendants do not anticipate retaining expert witnesses at this time.

The Parties do not believe that a formal discovery plan is necessary in this matter. The Parties intend to have all discovery completed by discovery cut-off set by the Court. The Parties have discussed preservation of discoverable information, including the preservation of any electronic materials which may be relevant to this litigation.

G.      Trial Estimate.

Plaintiffs have requested a trial by jury.  The Parties estimate the time required for a jury trial will be approximately five (5) to seven (7) days.

H.      Complexity of Case.

The Parties agree that this is not a complex case or otherwise requires reference to the procedures set forth in the Manual on Complex Litigation.

I.      Severance, Bifurcation or Other Ordering of Proof.

The Parties do not propose severance, bifurcation or other ordering of proof at this time.

J.      Other Issues Affecting Case Management.

The Parties did not identify any other issues affecting status or case management of this case.

K.      Recommended Settlement Procedure.

The Parties believe this case would be best served by referral to a settlement conference before the Magistrate Judge.

L.      Proposed Pre-Trial and Trial Dates.

| Matter | Joint Requested Date | Time |
|---|---|---|
| Trial: Jury Duration estimate: 4 days | September 24, 2013 | 8:30 a.m. |
| Final Pretrial Conference | August 26, 2013 | 1:30 p.m. |
| Amended Pleadings and Addition of Parties Cut-Off (includes hearing of motions to amend) | December 24, 2012 | N/A |
| Non-Expert Discovery Cut-Off (includes hearing of discovery motions) | May 20, 2013 | N/A |
| Motion Cut-Off (filing deadline) | May 27, 2013 | N/A |
| Initial Expert Disclosure & Report Deadline | June 24, 2013 | N/A |

Sanrio, et al. v. J.T. Saniya, et al.: Rule 26 Report            - 4 -

| | | |
|---|---|---|
| Rebuttal Expert Disclosure & Report Deadline | July 22, 2013 | N/A |
| Expert Discovery Cut-Off (includes hearing of discovery motions) | August 5, 2013 | N/A |
| Settlement Conference Completion Date | July 29, 2013 | N/A |
| Motions in Limine Filing Deadline | August 5, 2013 | N/A |
| Opposition to Motion in Limine Filing Deadline | August 12, 2013 | N/A |
| Other Dates: (e.g., class cert. motion cut-off, early mediation, etc.) | N/A | N/A |

DATED: 9/4/12

J. Andrew Coombs, A Professional Corp.

By: _____
J. Andrew Coombs
Nicole L. Drey
Attorneys for Plaintiff Sanrio, Inc.

DATED: 8/30/12

Law Offices of S. Calvin Myung

By: _____
S. Calvin Myung
Attorney for Defendants J.T. Saniya, Inc. a/k/a J.T. International; H.M. Distributors Inc.; and Yasin Jumani

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 East Wilson Avenue, Suite 202, Glendale, California 91206.

On September 4, 2012, I served on the interested parties in this action with:

JOINT REPORT OF RULE 26 MEETING
REQUEST: ADR PROCEDURE SELECTION

in support for the following civil action:

Sanrio, Inc., et al. v. J.T. Saniya, Inc., et al.

by placing a true copy thereof in an envelope to be immediately sealed thereafter. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| S. Calvin Myung, Esq.<br>Law Offices of S. Calvin Myung<br>3600 Wilshire Boulevard<br>Suite 1818<br>Los Angeles, California 90010 | *Courtesy Copy to*:<br>Firasat Tar-Bakali<br>Rex Law LLP<br>700 South Flower Street<br>Suite 2116<br>Los Angeles, California 90017 |
|---|---|

Place of Mailing: Glendale, California
Executed on September 4, 2012, at Glendale, California

_____
Katrina Bartolome