1  J. Andrew Coombs (SBN 123881)
   *andy@coombspc.com*
2  Nicole L. Drey (SBN 250235)
   *nicole@coombspc.com*
3  J. Andrew Coombs, A P.C.
   517 East Wilson Avenue, Suite 202
4  Glendale, California  91206
   Telephone:  (818) 500-3200
5  Facsimile:   (818) 500-3201

6  Attorneys for Plaintiffs Sanrio, Inc. and
   DC Comics
7

8  S. Calvin Myung, Esq. (SBN 216853)
   *scalvinmyung@sbcglobal.net*
9  Law Offices of S. Calvin Myung
   3600 Wilshire Boulevard, Suite 1818
10 Los Angeles, California 90010
   Telephone:  (213) 382-3600
   Facsimile:   (213) 382-3636
11

12 Attorney for Defendants J.T. Saniya Inc.
   a/k/a J.T. International; H.M. Distributors
   Inc.; and Yasin Jumani
13

14                 UNITED STATES DISTRICT COURT

15                 CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sanrio, Inc. and DC Comics, | Case No. CV12-669 ODW (PJWx) |
| Plaintiff, | JOINT STIPULATION RE ENTRY OF PROPOSED CONSENT DECREE |
| v. | |
| J.T. Saniya Inc. a/k/a J.T. International; H.M. Distributors Inc.; Yasin Jumani, and Does 1 – 10, inclusive, | |
| Defendants. | |

WHEREAS, Plaintiffs Sanrio, Inc. and DC Comics (collectively "Plaintiffs") having filed a Complaint in this action charging Defendants J.T. Saniya Inc. a/k/a J.T. International, H.M. Distributors Inc. and Yasin Jumani (collectively "Defendants"),

with liability for copyright and trademark infringement, and the parties hereto desiring and having agreed to settle the controversy between them;

Plaintiffs and Defendants, by and through their respective counsel of record, stipulate and agree as follows:

1. On or about January 25, 2012, Plaintiffs filed this Action asserting claims pursuant to, among other authorities, 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338(a). This Court has personal jurisdiction over Defendants, who waive all objections and defenses that they may have to the jurisdiction of this Court.

2. Defendants stipulate not to appeal the Consent Decree entered pursuant to the Stipulation and hereby waive all rights to appeal from it. Defendants hereby waive any rights which they may have to request or to have a new trial or any rights which they may have to otherwise challenge, directly or collaterally, the Judgment entered pursuant to the terms of this Stipulation, unless there is a breach by Plaintiffs of the Release and Settlement Agreement and this Stipulation.

3. Defendants acknowledge that they have completely read the terms of this Stipulation and the [Proposed] Consent Decree and fully understand the terms and consequences of this Stipulation.

4. The waiver by a party to this Stipulation of the performance of any covenant, condition or promise herein shall not invalidate this Stipulation nor shall any such waiver be construed as a waiver or relinquishment of the performance of any other covenant, condition or promise in this Stipulation.

5. This Stipulation may be amended or modified only by a written instrument signed by all the Parties.

6. This Stipulation shall be binding on and inure to the benefit of the Parties to it, their successors, heirs or assignees.

/ / /

7. A true copy of the [Proposed] Consent Decree is being concurrently filed herewith.

IT IS SO STIPULATED by the parties hereto:

Dated: 5/23/13

J. Andrew Coombs, A Prof. Corp.

By: /s/ Nicole L. Drey
J. Andrew Coombs
Nicole L. Drey
Attorneys for Plaintiffs Sanrio, Inc. and DC Comics

Dated: 4/19/13

Law Offices of S. Calvin Myung

By: _____
S. Calvin Myung
Attorney for Defendants J.T. Saniya Inc. a/k/a J.T. International, H.M. Distributors Inc. and Yasin Jumani